1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GEORGE EUGENE CROSS,                    Case No.  2:25-cv-2682-JDP (P)

12              Petitioner,

13         v.                                 ORDER

14    CALIFORNIA SUPREME COURT,

15              Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an *in forma pauperis*

19    affidavit or paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20    will be provided the opportunity to either submit the appropriate affidavit in support of a request

21    to proceed *in forma pauperis* or submit the appropriate filing fee.

22         In accordance with the above, IT IS HEREBY ORDERED that:

23         1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed *in forma pauperis* or the appropriate filing fee; petitioner's

25    failure to comply with this order will result in a recommendation that this action be dismissed;

26    and

27

28

1

1        2.  The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis*

2    form used by this district.

3    IT IS SO ORDERED.

4

5    Dated:    October 1, 2025                                    _____

                                                                 JEREMY D. PETERSON
6                                                                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2