UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE EUGENE CROSS,

Petitioner,

v.

CALIFORNIA SUPREME COURT,

Respondent.

Case No. 2:25-cv-2682-JDP (P)

ORDER; FINDINGS AND RECOMMENDATIONS

Petitioner, a state prisoner, brings this action under section 2254. ECF No. 1. The petition is difficult to understand and fails to identify what finalized conviction, if any, is at issue. I will dismiss the petition with leave to amend so that petitioner may better explain the particulars of his claims. Additionally, plaintiff has filed numerous ancillary motions. I will recommend that his motions for preliminary injunction, ECF Nos. 5 & 17, and motion for summary judgment, ECF No. 12, be denied. His motions for release, clarification, appointment of counsel, to shorten time, and for judicial notice, ECF Nos. 8, 9, 11, 13, 14, 15, & 16, are all denied. Finally, I will grant petitioner's application to proceed *in forma pauperis*. ECF No. 10.

The petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases. Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response to the petition unless it "plainly appears" that the

1

petitioner is not entitled to relief.  *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

The petition, as articulated, does not adequately explain what state conviction is at issue, what claims are being raised, or whether those claims are exhausted.  The petition is three written pages that follow no obvious method of organization and primarily cite case law.  These are followed by four pages of attachments, none of which sheds any light on petitioner's claims.  Accordingly, the petition cannot proceed past screening.  I will give petitioner leave to amend so that he may file a petition that better explains itself.

In finding that the current petition is non-cognizable, I necessarily recommend that the pending motions for preliminary injunction, ECF No. 5 & 17, be denied, as he cannot show he is likely to succeed on the merits of this action.  *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).  He is also not entitled to summary judgment at this stage, and that motion should also be denied.  ECF No. 12.

Plaintiff has also filed numerous motions seeking clarification, shortening of time, appointment of counsel, and immediate release.  All of these are denied without prejudice to renewal once he files an intelligible petition.

Accordingly, it is ORDERED that:

1.    Petitioner's application to proceed *in forma pauperis*, ECF No. 10, is GRANTED.

2.    The petition, ECF No. 1, is DISMISSED with leave to amend.

3.    Within thirty days from service of this order, petitioner shall file either (1) an amended petition or (2) notice of voluntary dismissal of this action without prejudice.

4.    Failure to timely file either an amended petition or notice of voluntary dismissal may result in the imposition of sanctions, including a recommendation that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

5.    The Clerk of Court shall send petitioner a habeas petition form with this order.  If he files an amended complaint, he must use this form.

6.    The Clerk of Court shall assign a district judge to this action.

7.      Petitioner's motions for release, clarification, appointment of counsel, to shorten time, and for judicial notice, ECF Nos. 8, 9, 11, 13, 14, 15, & 16 are all denied

Further, it is RECOMMENDED that petitioner's motion for preliminary injunction, ECF Nos. 5 & 17, and motion for summary judgment, ECF No. 12, be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:     February 9, 2026     

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

3