UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE EUGENE CROSS,

Petitioner,

v.

CALIFORNIA SUPREME COURT,

Respondent.

Case No.  2:25-cv-2682-DJC-JDP (P)

ORDER

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 9, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Petitioner, and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations, which were reviewed by the undersigned.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 9, 2026, are adopted in full;

2.  Petitioner's motion for preliminary injunction, ECF Nos. 5 & 17, and motion for summary judgment, ECF No. 12, are DENIED; and

3.  This matter is referred back to the assigned Magistrate Judge for all further pretrial matters.

IT IS SO ORDERED.

Dated:  **March 31, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2